IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM O. ROARK, III, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:09-0402 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| LEE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion to dismiss (Docket Entry No. 11) is **GRANTED in part** and **DENIED** in part. Accordingly, Plaintiff's 20043 and 2004 USERRA claims are **DISMISSED with prejudice.** The defendant's motion is otherwise **DENIED.**

It is so **ORDERED**.

Entered this the 19th day of November, 2009.

William J. Haynes, Jr.
United States District Judge